UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **IN RE:**<br><br>**CUONG HUY DAO,** | No. 1:25-mc-00060-SAB<br><br>ORDER REGARDING USE OF ELECTRONIC SYSTEM, DIRECTING APPEARANCE BY SUPERVISING DEPUTY ATTORNEY GENERAL, AND SETTING BRIEFING SCHEDULE<br><br>(ECF No. 1) |

  On July 15, 2025, the Court received a motion from the Plaintiff requesting to be exempt from filing his complaint through use of the electronic filing system at California State Prison-Corcoran ("COR"). (ECF No. 1.)

  In his motion, inmate Cuong Huy Dao contends that prison officials have refused to electronically file his complaint at COR.  More specifically, Plaintiff contends that from June 12, 2025 to July 10, 2025, he has attempted to electronically file his complaint but has been prevented from doing so by prison staff. (ECF No. 1 at 2-5.)  Plaintiff attaches a copy of his civil rights complaint to the motion.  (ECF No. 1 at 12-47.)

  As Plaintiff is incarcerated at COR, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiff's incarcerated at CSP-COR.  Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions seeking

1

relief from the standing order, motions for emergency relief, or motions to increase the page limit shall be no more than fifteen (15) pages.  As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

        Based on Plaintiff's allegations, the Court will request the Supervising Deputy Attorney General in charge of the e-service program, Lawrence Bragg, to address Plaintiff's contention that he is not allowed to utilize the e-filing system at COR.  After briefing is submitted, the Court will review any documentation and issue a corresponding order and/or set a telephonic hearing, if necessary.

        Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of Mr. Dao's motion (ECF No. 1) and a copy of this order on Supervising Deputy Attorney General, Lawrence Bragg and Senior Assistant Attorney General, Monica Anderson;

2. Mr. Bragg shall file a response to Mr. Dao's motion within **fourteen (14)** days from the date of service of this order; and

3. No case as to the merits of Mr. Dao's claims will be opened until the issue regarding the use of the e-filing system is resolved or a civil complaint is filed through the Court's electronic filing procedures.

IT IS SO ORDERED.

Dated:  **July 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge